■ Co-op Industries, Inc., Appellant-Respondent, v Pal Pools, Inc., Respondent-Appellant.—In an action for goods sold and delivered, in which defendant counterclaimed to recover damages for breach of warranty, negligence and loss of profits and good will, the parties cross-appeal from a judgment of the Supreme Court, Suffolk County, entered October 31, 1973, which, after a nonjury trial, is in favor of plaintiff in the principal amount of $5,291.82, upon crediting defendant with the sum of $18,000 on its first and second counterclaims. Judgment affirmed, without costs or disbursements. We agree with Trial Term that the evidence showed a breach of both express and implied warranties by plaintiff-appellant-respondent. However, we find no evidence to support the separate finding of plaintiff's negligence in construction, fabrication and manufacture of the merchandise in question. Since the amount of damages awarded to defendant-respondent-appellant on its counterclaims in the nature of a setoff was properly measured pursuant to the breach of warranty theory, no modification of the judgment is required. Hopkins, J. P., Margett, Damiani and O'Connor, JJ., concur.

■ Dial Fabrics, Inc., a Division of Athlone Industries, et al., Appellants, v Statite Laminates, Inc., Defendant, and Travelers Insurance Company et al., Respondents.—In an action, *inter alia,* to recover damages for breach of a contract of bailment, the plaintiffs appeal, as limited by their brief, from so much of an order of the Supreme Court, Kings County, entered October 12, 1976, as, upon reargument, granted respondents' motion for summary judgment, dismissed the complaint as against respondents, and denied their cross motion for summary judgment. Order affirmed insofar as appealed from, with $50 costs and disbursements, on the memorandum decisions of Mr. Justice Pino at Special Term. Latham, J. P., Cohalan, Rabin and Hawkins, JJ., concur.